# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MIGUEL PENA CARDENAS, an individual, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>F.D. THOMAS, INC., an Oregon Corporation; and DOES 1 TO 50,<br><br>　　Defendants. | Case Number:<br>2:22−CV−01426−WBS−KJN<br><br>**Order to Dismiss Plaintiff's Individual and Class Claims Without Prejudice** |

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

1. Plaintiff's individual claims are dismissed without prejudice.
2. Plaintiff's class claims are dismissed without prejudice.
3. The Parties shall be responsible for their own attorneys' fees and costs in connection with this matter.

IT IS SO ORDERED.

Dated: January 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO DISMISS PLAINTIFF'S INDIVIDUAL AND CLASS CLAIMS WITHOUT PREJUDICE